UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA DAILEY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HORACIO GUZMAN, et al.,<br><br>　　　　　Defendants. | Case No. 1:21-cv-01502-DAD-EPG<br><br>ORDER GRANTING STIPULATED REQUEST TO EXTEND TIME TO RESPOND TO COMPLAINT AND SET BRIEFING SCHEDULE FOR MOTIONS TO DISMISS<br><br>(ECF No. 12) |

Pursuant to the parties' stipulation (ECF No. 12), IT IS HEREBY ORDERED that:

1. Defendants' responses to the complaint, including any motions to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6), shall be filed by January 21, 2022;

2. Plaintiff's opposition to Defendants' motions to dismiss shall be filed by February 11, 2022; and

3. Defendants' reply briefs in support of their motions to dismiss shall be filed by February 21, 2022.

IT IS SO ORDERED.

　Dated:　**December 7, 2021**　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1