

# United States District Court
## Eastern District of California



FILED
Dec 09 2021
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

JESSICA DAILEY, etc., et al.

Plaintiff(s)

V.

HORACIO GUZMAN, ET AL.,

Defendant(s)

Case Number: 1:21-CV-01502-DAD-EPG

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Theodore M. Becker _____ hereby applies for permission to appear and participate as

Horacio Guzman, Dant Morris, Jon Warren, Josephina Guzman, The Administrative Committee of the LinkUs Holdings, Inc. Employee Stock Ownership Plan, and LinkUs Holdings, Inc.

On ___06/05/1975___ (date), I was admitted to practice and presently in good standing in the ___Supreme Court of Illinois___ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[ ] I have / [X] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: ___12/07/2021___       Signature of Applicant: /s/ Theodore M. Becker

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Theodore M. Becker |
| Law Firm Name: | McDermott Will & Emery LLP |
| Address: | 444 W. Lake Street |
| | Suite 4000 |
| City: | Chicago    State: IL    Zip: 60606 |
| Phone Number w/Area Code: | (312) 984-6934 |
| City and State of Residence: | Winnetka, Illinois |
| Primary E-mail Address: | tbecker@mwe.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Julian L. Andre |
| Law Firm Name: | McDermott Will & Emery LLP |
| Address: | 2049 Century Park East |
| | Suite 3200 |
| City: | Los Angeles    State: CA    Zip: 90067 |
| Phone Number w/Area Code: | (310) 277-4110    Bar # 251220 |

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 12/9/21

JUDGE, U.S. DISTRICT COURT