UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA DAILEY, on behalf of the LinkUS Holdings, Inc. Employee Stock Ownership Plan and on behalf of all other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HORACIO GUZMAN, et al.,<br><br>Defendants. | Case No. 1:21-cv-01502-DAD-EPG<br><br>ORDER GRANTING STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT AND SETTING BRIEFING SCHEDULE FOR DEFENDANTS' MOTIONS TO DISMISS COMPLAINT<br><br>(ECF No. 16) |

Pursuant to the parties' stipulation (ECF No. 16), IT IS HEREBY ORDERED that the deadline for Defendants to respond to the complaint is extended to February 21, 2022. Defendants shall file their respective motions to dismiss the complaint on or before February 21, 2022. Plaintiff shall file her oppositions to Defendants' motions to dismiss on or before March 14, 2022. Defendants shall file their reply briefs on or before March 24, 2022.

IT IS SO ORDERED.

Dated:  **January 14, 2022**          /s/ Erica P. Grosjean
                                                 UNITED STATES MAGISTRATE JUDGE

1