



# United States District Court
## Eastern District of California

**FILED**

JAN 2 1 2022

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

Jessica Dailey,

Plaintiff(s)

v.

Horacio Guzman, et al.

Defendant(s)

Case Number: 1:21-CV-01502-DAD-EPG

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Patrick O. Muench hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Plaintiff Jessica Dailey

On 10/09/2007 (date), I was admitted to practice and presently in good standing in the US District Court, Northern District of Illinois (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

Date: 01/20/2022          Signature of Applicant: /s/ Patrick O. Muench

**Pro Hac Vice Attorney**

Applicant's Name: Patrick O. Muench

Law Firm Name: Bailey & Glasser LLP

Address: 318 W. Adams St., Suite 1606

City: Chicago     State: IL     Zip: 60606

Phone Number w/Area Code: (312) 500-8680

City and State of Residence: Chicago, IL

Primary E-mail Address: pmuench@baileyglasser.com

Secondary E-mail Address: mchapman@baileyglasser.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Daniel Feinberg

Law Firm Name: Feinberg, Jackson, Worthman & Wasow LLP

Address: 2030 Addison Street, Suite 500

City: Berkeley     State: CA     Zip: 94704

Phone Number w/Area Code: (510) 269-7998     Bar # 135983

## <u>ORDER</u>

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 1/21/22

JUDGE, U.S. DISTRICT COURT