


**United States District Court**
**Eastern District of California**

FILED
JAN 25 2022
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

JESSICA DAILEY, et al.

Plaintiff(s)

V.

HORACIO GUZMAN, et al.

Defendant(s)

Case Number: 1:21-cv-01502-DAD-EPG

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Emily Allison Kile-Maxwell hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
James Urbach

On October 16, 2017 (date), I was admitted to practice and presently in good standing in the State of Indiana (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☒ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: January 21, 2022

Signature of Applicant: /s/ Emily A. Kile-Maxwell
Emily A. Kile-Maxwell



**Pro Hac Vice Attorney**

Applicant's Name: Emily Allison Kile-Maxwell

Law Firm Name: Faegre Drinker Biddle & Reath LLP

Address: 300 N. Meridian Street, Suite 2500

City: Indianapolis   State: IN   Zip: 46204

Phone Number w/Area Code: (317) 237-1228

City and State of Residence: Greenfield, Indiana

Primary E-mail Address: emily.kilemaxwell@faegredrinker.com

Secondary E-mail Address: emily.kilemaxwell@faegredrinker.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Cheryl D. Orr

Law Firm Name: Faegre Drinker Biddle & Reath LLP

Address: Four Embarcadero Center, 27th Floor

City: San Francisco   State: CA   Zip: 94111

Phone Number w/Area Code: (415) 591-7500   Bar # 143196

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 1/25/22

JUDGE, U.S. DISTRICT COURT

