Daniel Feinberg (SBN No. 135983)
FEINBERG, JACKSON,
WORTHMAN & WASOW LLP
2030 Addison Street, Suite 500
Berkeley, CA 94704
Tel. (510) 269-7998
Fax (510) 269-7994
dan@feinbergjackson.com

Gregory Y. Porter (*pro hac vice*)
Ryan T. Jenny (*pro hac vice*)
Bailey & Glasser, LLP
1055 Thomas Jefferson St. NW, Ste. 540
Washington, DC 20007
Telephone: (202) 463-2101
Facsimile: (202) 463-2103
gporter@baileyglasser.com
rjenny@baileyglasser.com

*Counsel for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA DAILEY, on behalf of the LinkUs Holdings, Inc. Employee Stock Ownership Plan and on behalf of all other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HORACIO GUZMAN, DANT MORRIS, JON WARREN, JOSEPHINA GUZMAN, JAMES URBACH, THE ADMINISTRATIVE COMMITTEE OF THE LINKUS HOLDINGS, INC. EMPLOYEE STOCK OWNERSHIP PLAN, and LINKUS HOLDINGS, INC.,<br><br>Defendants. | Case No. 1:21-cv-01502-ADA-EPG<br><br>**JOINT STATUS REPORT** |

Pursuant to the Court's Order (ECF No. 41), Plaintiff Jessica Dailey and Defendants Horacio Guzman, Dant Morris, Jon Warren, Josephina Guzman, The Administrative Committee of the LinkUs Holdings, Inc. Employee Stock Ownership Plan, and LinkUs Holdings, Inc. (collectively, "the LinkUs Defendants") and Defendant James Urbach submit this Joint Status Report.

1. Procedural History of the Case

This action was filed on October 12, 2021. ECF No. 1. On February 22, 2022, Defendants Urbach and the LinkUs Defendants filed separate Motions to Dismiss. ECF No. 31 and No. 32. Plaintiff filed a consolidated opposition on March 14, 2022. ECF No. 36. Defendant Urbach and LinkUs Defendants filed reply briefs on March 25, 2022. ECF No. 37 and No. 38.

2. Pending Motions

Defendants' motions to dismiss are still at issue.

3. Settlement

The parties have not engaged in any formal or informal settlement discussions to date. The parties do not believe a mandatory settlement conference would be productive at this time.

4. Status Conference with Judge de Alba

The parties do not believe a Status Conference is necessary at this time.

DATED: September 13, 2022     FEINBERG, JACKSON, WORTHMAN & WASOW, LLP

By: /s/ *Dan Feinberg*
    Dan Feinberg
    Attorneys for Plaintiff

DATED: September 13, 2022

        */s/ Julian L. André*
JULIAN L. ANDRÉ
THEODORE M. BECKER
MCDERMOTT WILL & EMERY LLP
2049 Century Park East
Suite 3200
Los Angeles, CA 90067-3206

Attorney for Defendants
HORACIO GUZMAN, DANT MORRIS, JON WARREN, JOSEPHINA GUZMAN, THE ADMINISTRATIVE COMMITTEE OF THE LINKUS HOLDINGS INC. EMPLOYEE STOCK OWNERSHIP PLAN, AND LINKUS HOLDINGS, INC.

        */s/ Richard J. Pearl*
RICHARD J. PEARL (*pro hac vice*)
CHERYL D. ORR
320 South Canal Street, Suite 3300
Chicago, IL 60606
FAEGRE DRINKER BIDDLE & REATH LLP

Attorneys for Defendant
JAMES URBACH